■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LOPEZ, Appellant. [713 NYS2d 870] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered October 25, 1996, convicting defendant, after a jury trial, of two counts of assault in the first degree, and sentencing him to consecutive terms of 4 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility.

We perceive no abuse of sentencing discretion. Concur— Nardelli, J. P., Tom, Andrias, Buckley and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE REYES, Appellant. [713 NYS2d 869] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered December 5, 1997, convicting defendant, after a nonjury trial, of assault in the second degree, and sentencing him, as a second felony offender, to a term of 4 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the court's determinations concerning credibility. The credible evidence clearly disproved defendant's justification defense beyond a reasonable doubt. The victim's severe injuries established defendant's use of deadly physical force, and defendant had no justification for his use of such force against his unarmed victim. Concur— Nardelli, J. P., Tom, Andrias, Buckley and Friedman, JJ.